

**ORDERED in the Southern District of Florida on June 14, 2019.**

**Robert A. Mark, Judge**
**United States Bankruptcy Court**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
**Miami Dade Division**

In re:                                                                    Case No. 19-17314-RAM
                                                                               Chapter 13
BOBBY HOPKINS

     Debtor
_____/

### ORDER GRANTING DEBTORS' EXPEDITED MOTION TO CONTINUE THE AUTOMATIC STAY

**THIS CASE** having come before the Court on June 11th, 2019 at 09:00 AM on the *Debtors'*

*Expedited Motion to Continue the Automatic Stay [DE #10]* Pursuant to §362(c)(4)(B), this Court being

otherwise duly advised in the premises, it is thereupon:

1

**ORDERED AND ADJUDGED that:**

1. The Debtors' Motion to Continue the Automatic Stay [DE #10] is **GRANTED**, subject to the conditions stated below.

2. The Automatic Stay shall be in full force and effect against all creditors until further order of this Court or upon any subsequent order granting relief from the automatic stay. The stay is also subject to§362(c)(4)(C).


###


**Submitted by:**

**Robert A. Stiberman, Esq.**
STIBERMAN LAW, P.A.
2601 Hollywood Blvd
Hollywood, FL 33020
954-922-2283
Ras@stibermanlaw.com


Attorney Robert A. Stiberman is directed to serve copies of this order on all interested parties and file a certificate of service.